No. 681. E. H. McCUTCHEN & CO. ET AL., PETITIONERS, *v.* A. N. BORT. April 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elbert H. Hubbard* for petitioners. No appearance for respondent.

No. 684. ARMAND SCHMOLL, PETITIONER, v. THE UNITED STATES. April 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Wickham Smith* and *Mr. John K. Maxwell* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.